IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEONTA EVANS,
   Petitioner,
  v.

CIVIL ACTION FILE
NO. 1:10-CV-1185-TWT

LOREN A. GRAYER,
   Respondent.

ORDER

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the Petition. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 21 day of July, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Evans\10cv1185\r&r.wpd